# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aruba Iqbal, | No. CV-22-00402-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Teriyaki One Thirty Two AZ LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.Civ.P. 41(a)(1)(A)(i). (Doc. 15). Good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter in its entirety with prejudice. The Clerk of Court shall terminate this case.

Dated this 11th day of May, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge